**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**ROBERT CLYDE MCMILLEN,**                                         **PETITIONER**

**V.**                                                           **NO. 1:07CV030-D-D**

**CHRISTOPHER EPPS, et al.,**                                       **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day,

1) the instant cause is DISMISSED without prejudice for failure to exhaust available state remedies; and

2) this case is CLOSED.

**IT IS SO ORDERED.**

THIS the <u>26th</u> day of March, 2007.

                                                     <u>/s/ Glen H. Davidson</u>
                                                     Chief Judge